IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 23 P 3:35

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| v. | CIVIL ACTION NO. 2:06cv754 |
| TWO THOUSAND NINE HUNDRED THIRTY FIVE ($2,935) DOLLARS IN UNITED STATES CURRENCY, | |
| DEFENDANT. | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, in a civil cause of forfeiture *in rem* respectfully alleges as follows:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: Two Thousand Nine Hundred Thirty Five ($2,935) Dollars in United States currency (hereinafter, "Defendant currency") which was seized on February 3, 2006, for violations of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 *et seq*.

### JURISDICTION AND VENUE

2. The United States brings this action *in rem* in its own right to forfeit and condemn the Defendant currency under Title 21, United States Code, Section 881(a)(6). This Court has jurisdiction

over this matter by virtue of Title 28, United States Code, Section 1345 and Section 1355.

3. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355 and Title 21, United States Code, Section 881(j), because the acts and omissions giving rise to the forfeiture occurred in this district and the property is located within the Middle District of Alabama.

## THE DEFENDANT IN REM

4. The Defendant consists of Two Thousand Nine Hundred Thirty Five ($2,935) Dollars in United States currency, which was seized on February 3, 2006.

## FACTS

5. The facts and circumstances supporting the seizure of the Defendant currency are as follows:

   a. On February 3, 2006, Eddie Demond Love a/k/a Eddie Stewart was arrested by the Tallassee Police Department on an outstanding domestic violence warrant.

   b. During the arrest, officers discovered a quantity of cocaine and pills. A portion of the defendant currency ($235) was located inside Love's right front pocket and the remaining portion of the defendant currency ($2,700) was located inside Love's left front pocket.

   c. The Defendant currency was seized and Love was arrested.

     d.    Love has been arrested on several other occasions for possessing controlled substances.

CLAIM FOR RELIEF

6.    The United States repeats and realleges each and every allegation set forth in Paragraphs 1 through 5(d) above.

7.    The Defendant currency constitutes monies furnished, or intended to be furnished, in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate violations of Title 21, United States Code, Sections 801 et seq.

8.    As a result of the foregoing, the Defendant currency is liable to condemnation and to forfeiture to the United States of America for its use, in accordance with Title 21, United States Code, Section 881(a)(6).

WHEREFORE, the United States of America requests that the Court issue a Warrant and Summons for the arrest and seizure of the Defendant currency; that notice of this action be given to all persons known or thought to have an interest in or right against the currency; that the Defendant currency be forfeited and condemned to the United States of America; that the United States of America be awarded its costs and disbursements in this action; and, for such other and further relief as this Court deems proper and just.

Respectfully submitted this 22nd day of August, 2006.

                FOR THE UNITED STATES ATTORNEY
                      LEURA G. CANARY

                /s/ John T. Harmon
                John T. Harmon [HAR108]
                Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA     )
COUNTY OF MONTGOMERY )

## VERIFICATION

I, Doug Walters, hereby verify and declare under penalty of perjury that I am a Task Force Agent with the United States Drug Enforcement Administration, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Done this 22nd day of August, 2006.

_____
Doug Walters-Task Force Agent
Drug Enforcement Administration

Sworn to and subscribed before me this the 22nd day of August, 2006.

_Bertha M. Moore_
Notary Public
Commission Expires: 2-10-2010