IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : CIVIL ACTION NO. 2:06cv754-VPM |
| TWO THOUSAND NINE HUNDRED THIRTY FIVE ($2,935) DOLLARS, | : |
| DEFENDANT. | : |

### ANSWER AND VERIFIED STATEMENT IDENTIFYING INTEREST IN SEIZED PROPERTY

Comes now Eddie Demond Love (hereinafter Claimant) and in answer to the Verified Complaint for Forfeiture in Rem filed by the United States in this matter says as follows:

### RESPONSE TO SPECIFIC ALLEGATIONS

1. Claimant admits the allegations of paragraph 1 with the exception that Claimant denies any alleged violation of Title II of the Controlled Substances Act, Title 21, United States Code, Section 801 *et seq.*

2. Claimant admits the allegations of paragraph 2.

3. Claimant admits the allegations of paragraph 3.

4. Claimant admits the allegations of paragraph 4.

5. a. Claimant admits the allegations of paragraph of 5 a.

    b. Claimant admits possession of the $2,935.00 in United States currency at the time of his arrest. Claimant denies any alleged violations of any state or federal law regulating the possession and/or sale of controlled substances.

    c. Claimant admits the allegations of paragraph 5 c.

   d. Claimant denies the allegations of paragraph 5 d.

 6. Claimant adopts his previous responses to paragraphs 1 through 5 d. above.

 7. Claimant denies the allegations of paragraph 7 and demands strict proof thereof.

 8. Claimant denies the allegations of paragraph 8 and demands strict proof thereof.

### Claimant's Verififed Statement Identifying Interest or Right in Property

Eddie Demond Love hereby claims ownership of the $2,935.00 in United States currency which is the subject of this action. Claimant asserts that the currency was not furnished to any person in exchange for a controlled substance and is not proceeds traceable to an exchange of a controlled substance. Claimant alleges that he is the sole owner of the currency and that no other person, firm or corporation has any interest in the currency. Claimant avers that the currency was acquired through legitimate and legal means.

_____
JOHN I. COTTLE III (COT004)
Attorney for Claimant, Eddie Demond Love

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 So. Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

## VERIFICATION

I, Eddie Demond Love, hereby verify on oath that I have read the foregoing Answer and Verified Statement Identifying Interest in Seized Property and that the contents thereof are true and correct to the best of my knowledge, information and belief.

*Eddie Demond Love*
**EDDIE DEMOND LOVE**

SWORN TO AND SUBSCRIBED before me this 15th day of September, 2006.

Susan D. Bice
Notary Public, Alabama State at Large
My commission expires March 24, 2010

*Susan D. Bice*
NOTARY PUBLIC


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Leura G. Canary, United States Attorney, Middle District of Alabama, Post Office Box 197, Montgomery, Alabama 36101-0197, by mailing a copy thereof, postage prepaid, to her at her proper mailing address on this the 15th day of September 2006.

Of Counsel