| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form |

④

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06cv754 |
|---|---|
| DEFENDANT  TWO THOUSAND NINE HUNDRED THIRTY-FIVE ($2,935) DOLLARS IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>NOTICE |

| SERVE ► AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>MONTGOMERY ADVERTISER |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>POST OFFICE BOX 1000, MONTGOMERY, ALABAMA 36101-1000 |

RECEIVED 2006 AUG 23 P 3:35

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-DEA-462973

| Signature of Attorney or other Originator requesting service on behalf of: _John T. H_____  ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>08/22/06 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. ₁₂ | District to Serve No. ₂ | Signature of Authorized USMS Deputy or Clerk _K. Chavers_ | Date 8/30/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/31/06   Time 3:30 pm |
| | Signature of U.S. Marshal or Deputy _Karen A. Chavers_ |

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee 8.00 | Total Charges 53.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  9/11/06 C.m. # 7001 1140 0001 8579 6974
To be published 9/14, 9/21, 9/28/06
9/14/06 Received green Card signed "Marcu..." RETURNED AND FILED

OCT 31 2006

| PRIOR EDITIONS MAY BE USED | FORM USM 285 (Rev. 12/15/80) |
|---|---|

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# ADVERTISING ORDER

ORDER NUMBER 06-DEA-462973

| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | |
|---|---|
| U. S. Marshals Service | DATE 09/11/2006 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

**NAME OF THE PUBLICATION ADVERTISED IN**
Montgomery Advertiser

**SUBJECT OF ADVERTISEMENT**
Notice of Arrest and Seizure

**EDITION OF PAPER ADVERTISEMENT APPEARED**

**NUMBER OF TIMES ADVERTISED**
3

**DATE(s) ADVERTISEMENT APPEARED**
September 14, September 21, September 28, 2006

**SPECIFICATIONS FOR ADVERT**

**COPY FOR ADVERTISEMENT**

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION UNITED STATES OF AMERICA, PLAINTIFF, v. TWO THOUSAND NINE HUNDRED THIRTY FIVE ($2,935) DOLLARS IN UNITED STATES CURRENCY, DEFENDANT. CIVIL ACTION NO. 2:06cv754-VPM NOTICE OF ARREST AND SEIZURE Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued Warrant of Arrest in Rem for the forfeiture of the Defendant Two Thousand Nine Hundred Thirty Five ($2,935) Dollars in United States Currency, which was seized from Eddie Love on February 3, 2006, in Tallassee, Alabama. Any person claiming an interest in the Defendant Currency must file a claim asserting that interest, in the manner set forth in Title 18, United States Code, Section 983(a)(4)(A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve the Verified Answer to the Claim and Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to: John T. Harmon, Assistant United States Attorney, Office of the United States Middle District of Alabama, One Court Square, Suit 201 (36104), Post Office Box 197, Montgomery, Alabama 36101-0197, (334) 223-7280. Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, and Title 21, Code of Federal Regulations, (C.F.R.) Sections 1316.71-1316.81. All persons and entities who have an interest in the Defendant Currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action, pursuant to 28 C.F.R. Part 9.
JESSE SEROYER, JR. UNITED STATES MARSHAL MIDDLE DISTRICT OF ALABAMA
Mont. Adv. 9/14, 9/21, 9/28/2006
696407, 696409

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER 3 | NUMBER |
| DATE | DATE September 11, 2006 |
| SIGNATURE OF AUTHORIZING OFFICIAL *[signature]* | TITLE U. S. Marshal |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher.

The following is a sample-- of solid line advertisement; set up in accordance with the usual Government requirements.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to:

▶ U.S.M.S. One Church St. Ste A-100 Montgomery, AL 36104

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consist-ing of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding ma- terial available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

*[signature]* Betty Dennis
10-11-06
My commission expires 11/...