IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV754-VPM |
| | ) |
| TWO THOUSAND NINE HUNDRED | ) |
| THIRTY FIVE ($2,935) DOLLARS IN | ) |
| UNITED STATES CURRENCY, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

10/30/06
DATE

*signature* JOHN I. COTTLE III (COT004)
SIGNATURE

EDDIE DEMOND LOVE
COUNSEL FOR (print name of all parties)
P.O. 780397
TALLASSEE, AL 36078
ADDRESS, CITY, STATE, ZIP CODE

334-283-6548
TELEPHONE NUMBER

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on John T. Harmon, Esq., Assistant United States Attorney, Middle District of Alabama, Post Office Box 197, Montgomery, Alabama 36101-0197, by mailing a copy thereof, postage prepaid, to her at her proper mailing address on this the 30th day of October, 2006.

_____
Of Counsel