IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 27  A 10: 21

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:06CV754-VPM |
| v. ) | |
| ) | |
| TWO THOUSAND NINE HUNDRED ) | |
| THIRTY FIVE ($2,935) DOLLARS IN ) | |
| UNITED STATES CURRENCY, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

October 27, 2006
DATE

SIGNATURE  JOHN T. HARMON (HAR108)

UNITED STATES OF AMERICA
COUNSEL FOR (print name of all parties)
One Court Square, Suite 201
Montgomery, Alabama 36104
ADDRESS, CITY, STATE, ZIP CODE

(334) 223-7280
TELEPHONE NUMBER

3