IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | :    CIVIL ACTION NO. 2:06cv754-M |
| | : |
| TWO THOUSAND NINE HUNDRED THIRTY FIVE ($2,935) DOLLARS IN UNITED STATES CURRENCY, | : |
| | : |
| DEFENDANT. | : |

REPORT OF RULE 26(f) PLANNING MEETING

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

1. Pursuant to Fed.R.Civ.P.26(f), a meeting was held by telephone between John T. Harmon (for the United States), and John I. Cottle, III (for Claimant Eddie Demond Love).

2. Pre-Discovery Disclosures. The parties will exchange by December 27, 2006, the information required by Fed.R.Civ.P.26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects:

    a) Circumstances surrounding the alleged use and involvement of the Defendant property in violations of Title 21, United States Code, Sections 801 et seq.;

    b)    The claims and defenses raised by the parties in their pleadings;

    c)    All discovery commenced in time to be completed by March 23, 2007;

    d)    Maximum of 25 interrogatories by each party to any other party;

    e)    Maximum of 30 requests for production by each party to any other party;

    f)    Maximum of 15 requests for admissions by each party to any other party;

    g)    Maximum of three depositions for each party;

    h)    Each deposition is limited to maximum of seven hours, unless extended by agreement of the parties;

    i)    Reports from retained experts under Rule 26(a)(2) are due:

           From Plaintiff by January 8, 2007;

           From Claimant by February 8, 2007.

    j)    Supplementation under Rule 26(e) is due within 21 days of discovery cutoff and no later than March 23, 2007.

4.    <u>Other Items</u>.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference on August 20, 2007.

The parties should be allowed until December 29, 2006, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by June 15, 2007.

Settlement cannot be evaluated prior to receipt of discovery and/or filing of dispositive motions and responses thereto.

Final lists of witnesses under Rule 26(a)(3) shall be due from the parties on August 24, 2007.  Final lists of exhibits under Rule 26(a)(3) shall be due August 10, 2007.

Parties shall have until seven days before trial, or September 17, 2007, to file objections to the witnesses or exhibits under Rule 26(a)(3).

The case should be ready for trial by September 24, 2007, and at this time is expected to take approximately one day to try.

Respectfully submitted this 22nd day of November, 2006.

```
                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY



                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed the foregoing Report of Rule 26(f) Planning Meeting with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John I. Cottle, III.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J