**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 28, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:    United States of America v. Two Thousand Nine Hundred Thirty Five, Etc.
       Civil Action No.  2:06-cv-00754-VPM

The above-styled case has been  reassigned to Judge Wallace Capel, Jr.

Please note that the case number is now  **_2:06-cv-00754-WC_**.

This new case number should be used on all future correspondence and pleadings in this action.