IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv00754-WC |
| | ) |
| TWO THOUSAND NINE HUNDRED THIRTY FIVE ($2,935) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) ) |
|    Defendant. | ) |

# **O R D E R**

For good cause, it is

ORDERED that this case be and is hereby set for a scheduling conference on 29 January 2007 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

The parties have filed their Report of Rule 26(f) Planning Meeting.

DONE this 11th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00754-WC   Document 13   Filed 01/11/2007   Page 2 of 2