
MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 1/29/07          DIGITAL RECORDING: 10:05 - 10:14

DATE COMPLETED: 1/29/07

USA                              *          2:06cv754-WC

vs                               *

TWO THOUSAND NINE HUNDRED
THIRTY FIVE DOLLARS IN U.S. CURRENCY
                                 *

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| John T. Harmon | * | John I. Cottle, III |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   SCHEDULING CONFERENCE

| Description | 2:06cv754-WC: USA vs. Two Thousand Nine Hundred Thirty Five Dollars in U.S. Currency: SCHEDULING CONFERENCE | |
|---|---|---|
| Date | 1/29/2007 | Location |
| Time | Speaker | Note |
| 10:05:52 AM | Court | Convenes; |
| 10:06:11 AM | Government | Any potential criminal charges by claimant |
| 10:07:02 AM | Claimant | Gives background of case |
| 10:07:45 AM | Government | Gives Court weigh of alleged drug |
| 10:09:02 AM | Court | One Day for Trial; Trial set for 10/1/07 @ 9:00 a.m.; Discovery due by 4/23/07; sets further discovery deadlines; Government may have a potential expert; Rule 26 April 20, 07; dispositve motions by 6/15/07; Settlement due May 25, 07; Forensics expert due by 2/8/07 |
| 10:14:03 AM | | Court in Recess |