```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
          PLAINTIFF,            )
                               )
     v.                        )   CIVIL ACTION NO. 2:06cv754-WC
                               )
TWO THOUSAND NINE HUNDRED      )
THIRTY FIVE ($2,935) DOLLARS   )
IN UNITED STATES CURRENCY,     )
                               )
          DEFENDANT.            )
```

              MOTION FOR DECREE OF FORFEITURE

Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture In Rem, Warrant and Summons for Arrest In Rem, and Stipulation for Compromise Settlement between the United States and Claimant Eddie Love.  The Stipulation for Compromise Settlement is attached hereto and incorporated herein.

A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this 5th day of March, 2007.

```
                        FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY



                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Office of the United States Attorney
                        Middle District of Alabama
                        One Court Square, Suite 201 (36104)
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov
                        Bar Number: 7068-II58J
```

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I electronically filed the foregoing Motion for Decree of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John I. Cottle, III.**

```
                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:06cv754-WC |
| ) | |
| TWO THOUSAND NINE HUNDRED ) | |
| THIRTY FIVE ($2,935) DOLLARS ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

### STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Claimant Eddie Love (Claimant) by and through his respective attorney, as follows:

1.  The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2.  Claimant consents to the entry of a Decree of Forfeiture forfeiting One Thousand Four Hundred Sixty Seven and 50/100 Dollars ($1,467.50), one half of the Defendant currency, to the United States to be disposed of according to law.

3.  The United States agrees to release One Thousand Four Hundred Sixty Seven and 50/100 Dollars ($1,467.50), the remaining one half of the Defendant currency, to Claimant's attorney, John I. Cottle, III.

4.  Claimant releases the United States; the State of Alabama; and all entities and authorities established within the

State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimant, Claimant's heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant currency. The Claimant expressly waives the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States, including, but not limited to, 28 U.S.C. § 2412. The Claimant also agrees that this express waiver in no way limits the scope and application of the general waiver above.

5.  The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement neither party admits wrongdoing or liability on any basis.

6.  Each party will bear its own costs.

7.  Claimant expressly reserves the right to pursue recovery of his automobile from the State of Alabama which was seized at the same time the seizure of the currency occurred.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: 3/5/07

JOHN T. HARMON (HAR108)
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 2/23/07

JOHN I. COTTLE, III (COT004)
Attorney for Claimant Eddie Love

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov


For Claimant:

Bowles & Cottle
2 South Dubois Avenue
Post Office Box 780397
Tallassee, Alabama 36078
Telephone: (334) 283-6548
Facsimile: (334) 283-5366
E-mail: BowlesandCottle@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv754-WC |
| | ) | |
| TWO THOUSAND NINE HUNDRED THIRTY FIVE ($2,935) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) | |
| | ) | |
| DEFENDANT. | ) | |

DECREE OF FORFEITURE

On August 23, 2006, a Verified Complaint for Forfeiture In Rem against the Defendant Two Thousand Nine Hundred Thirty Five Dollars ($2,935.00) in United States currency was filed on behalf of the United States of America (United States).  The Complaint alleges that the Defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.; therefore, the Defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant and Summons for Arrest In Rem issued by this Court, the United States Marshals Service for the

Middle District of Alabama arrested the Defendant currency on August 31, 2006;

That on September 14, 21 and 28, 2006, notice of the action was published in the Montgomery Advertiser newspaper;

That on September 14, 2006, Linda Newkirk, secretary at the law office of Bowles and Cottle, was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem and Warrant and Summons for Arrest In Rem;

That on September 18, 2006, Eddie Love filed an Answer and Verified Statement Identifying Interest in Seized Property, within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims;

That on March 5, 2007, the United States and Claimant Eddie Love entered into a Stipulation for Compromise Settlement in which Claimant consented to entry of a Decree of Forfeiture forfeiting One Thousand Four Hundred Sixty Seven and 50/100 Dollars ($1,467.50), one half of the Defendant currency, to the United States.  The United States agreed to release the One Thousand Four Hundred Sixty Seven and 50/100 Dollars ($1,467.50), the remaining one half of the Defendant currency, to Claimant's attorney, John I. Cottle, III;

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby ORDERED, ADJUDGED, AND DECREED:

That One Thousand Four Hundred Sixty Seven and 50/100 Dollars ($1,467.50) Dollars, one half of the Defendant currency, is forfeited to the United States and no right, title or interest in the Defendant currency shall exist in any other party and it shall be disposed of according to law;

That One Thousand Four Hundred Sixty Seven and 50/100 Dollars ($1,467.50), the remaining one half of the Defendant currency, shall be released to Claimant's attorney, John I. Cottle, III; and,

That each party will bear its own costs.

DONE this the _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE