IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv754-WC |
| | ) |
| TWO THOUSAND NINE HUNDRED THIRTY FIVE ($2,935) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) ) |
| DEFENDANT. | ) |

**ORDER ON MOTION**

Upon consideration of the motion of the United States for a Decree of Forfeiture (Doc. #17), it is hereby

ORDERED that the motion is GRANTED. The Court will enter a separate Decree of Forfeiture.

DONE this the 6th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE